IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT JOHNSON,

      Plaintiff,                    No. CIV S-11-3221 EFB P

    vs.

J. WALKER, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a prisoner without counsel who, it appears, intends to seek relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. However, he has not filed a complaint, which is necessary for the commencement of a civil action. Fed. R. Civ. P. 3.

      Accordingly, plaintiff shall have 30 days from the date of this order to submit either a complaint or an affidavit stating the nature of the action and his belief that he is entitled to redress. The Clerk of the Court shall send plaintiff a form for filing a civil rights action under 42 U.S.C. § 1983. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: December 15, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE